# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Benjamin Gallegos**<br>DOB: 1997; United States | DOCKET NO. **SEALED**<br><br>MAGISTRATE'S CASE NO.<br>18-04988MJ |

Complaint for violation of Title 8 United States Code §§ 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

From a time unknown to on or about November 21, 2018 in the District of Arizona, **Benjamin Gallegos**, did knowingly and intentionally combine, conspire, confederate, and agree with other persons, known and unknown, to transport certain illegal aliens, namely Emilio Arevalo-Aguilar and Teodoro Milan-Martinez, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii); 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On November 20, 2018, at or near Nogales, in the District of Arizona, an undercover agent (UCA) with Homeland Security Investigations (HSI), posing as an alien smuggler, communicated with an individual identified as **Benjamin Gallegos** via cellular telephone. **Gallegos** called the UCA from an international phone number ported out of Nogales, Sonora, Mexico. During the call, **Gallegos** offered $200 USD per illegal alien to the UCA for successful transport to Tucson, and stated that several illegal aliens were awaiting transportation from a location north of the Interstate-19 Border Patrol Checkpoint. However, the UCA did not transport on this day.

On November 21, 2018, **Gallegos** called the UCA from a U.S. phone number. **Gallegos** asked if the UCA was "ready to come to Nogi?" The UCA agreed to the same compensation agreement discussed the previous day. Later that day, **Gallegos** called the UCA on the same number as he used the previous day and instructed the UCA to pick up illegal aliens at a location in Nogales, Arizona. The UCA went to the location described by **Gallegos** and picked up two suspected illegal aliens. **Gallegos** then instructed the UCA to transport the aliens to a location in Rio Rico, Arizona, and provided contact information for another unidentified individual involved in the alien smuggling operation. The UCA dropped off the suspected illegal aliens, who stated their first names were "Emilio" and "Teodoro," at the Rio Rico location. Throughout the pickup and drop off, the UCA remained in communication with **Gallegos**, who facilitated the details of the transportation.

HSI agents requested assistance from Border Patrol Agents (BPA) in interdicting the aliens who had been transported to the Rio Rico location. BPA apprehended two illegal aliens hiding in the bushes near the intersection where they had been dropped off. BPA determined both subjects were citizens and nationals of Mexico without the proper documentation to enter or remain in the United States. The material witnesses were identified as Emilio Arevalo-Aguilar and Teodoro Milan-Martinez.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:** Emilio Arevalo-Aguilar and Teodoro Milan-Martinez

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA RW | SIGNATURE OF COMPLAINANT<br>For D. Taylor<br>OFFICIAL TITLE<br>Special Agent |
|---|---|
| Sworn to before me and subscribed in my presence.<br>SIGNATURE OF MAGISTRATE JUDGE [1] | DATE<br>November 26, 2018 |

1) See Federal rules of Criminal Procedure Rules 3 and 54

cc: USM(2cc), AUSA, PTS                Copies Distributed