```
 1  GLENN B. McCORMICK
    Acting United States Attorney
 2  District of Arizona
    RUI WANG
 3  Assistant U.S. Attorney
    State Bar No.: 024184
 4  United States Courthouse
    405 W. Congress Street, Suite 4800
 5  Tucson, Arizona 85701
    Telephone: 520-620-7300
 6  Email: rui.wang@usdoj.gov
    Attorneys for Plaintiff
 7
```

FILED

2021 JUN -9 PM 5: 21

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR21-01322 TUC-SHR(BGM)

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| United States of America, | |
|---|---|
| Plaintiff, | **INDICTMENT** |
| v. | VIOLATIONS: |
| Benjamin Gallegos | 8 U.S.C. § 1324(a)(1)(A)(v)(I)<br>8 U.S.C. § 1324(a)(1)(A)(ii)<br>8 U.S.C. § 1324(a)(1)(A)(iii)<br>8 U.S.C. § 1324(a)(1)(B)(i) |
| Defendant. | (Conspiracy to Transport and Harbor Illegal Aliens for Profit) |

**THE GRAND JURY CHARGES:**

From a date unknown to on or about May 12, 2021, in the District of Arizona and elsewhere, Benjamin Gallegos did knowingly and intentionally combine, conspire, confederate, and agree with various other persons known and unknown to the grand jury, to transport illegal aliens within the United States by means of transportation or otherwise, and to conceal, harbor, and shield from detection to avoid the detection of illegal aliens by immigration authorities in furtherance of such violations of law, for the purpose of commercial advantage or private financial gain, all in violation of Title 8, United States

///

| | |
|---|---|
| 1 | Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii), 1324(a)(1)(A)(iii) and |
| 2 | 1324(a)(1)(B)(i). |

A TRUE BILL

/s/
_____
FOREPERSON OF THE GRAND JURY
Dated: June 9, 2021

**REDACTED FOR PUBLIC DISCLOSURE**

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

/s/
_____
RUI WANG
Assistant U.S. Attorney