**JON M. SANDS**
Federal Public Defender
**ESMERALDA GAXIOLA**
Assistant Federal Public Defender
State Bar No. 031796
Email: Esmeralda_gaxiola@fd.org
407 W. Congress, Suite 501
Tucson, AZ 85701-1355
Telephone: (520)879-7500
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. 4:21-cr-01322-SHR-BGM |
| Plaintiff, | |
| v. | MOTION TO WITHDRAW AS COUNSEL OF RECORD AND TO APPOINT NEW COUNSEL |
| Benjamin Gallegos, | |
| Defendant. | |

Assistant Federal Public Defender Esmeralda Gaxiola, counsel for defendant Benjamin Gallegos, hereby moves to withdraw from further representation of defendant and requests new counsel be appointed under the Criminal Justice Act Panel as defendant has been deemed indigent.

This request is made due to a conflict of interest within the Federal Public Defender's Office that was not known of at the time of the case assignment. For this reason, it is respectfully requested that the Court appoint new counsel for Mr. Gallegos.

Assistant United States Attorney Rui Wang has been contacted and was made aware of the conflict and of this request.

**RESPECTFULLY SUBMITTED:** June 23, 2021.

JON M. SANDS
Federal Public Defender

*/s/ Esmeralda Gaxiola*
ESMERALDA GAXIOLA
Assistant Federal Public Defender